IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00842-REB-OES

HONOROTO VALENCIA ALVAREZ,

    Plaintiff,

v.

DEPUTY SHERIFF ANITA ABEYTA, and
DEPUTY SHERIFF MARK MILLER,

    Defendants.

---

ORDER DIRECTING PLAINTIFF TO MAKE
MONTHLY FILING FEE PAYMENT OR TO SHOW CAUSE

---

    Plaintiff has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Pursuant to § 1915(b)(2), Plaintiff is required to make "monthly payments of 20 percent of the preceding month's income credited to his account" until the filing fee is paid in full.  In the order granting Plaintiff leave to proceed *in forma pauperis* pursuant to § 1915, Plaintiff was instructed either to make the required monthly payment or to show cause each month why he has no assets and no means by which to make the monthly payment.  In order to show cause, Plaintiff was directed to file a current certified copy of his inmate trust fund account statement.  Plaintiff was warned that a failure to comply with the requirements of § 1915(b)(2) would result in the dismissal of this action.

    Plaintiff has failed to make the required monthly payment since May 19, 2005, or to show cause why he has no assets and no means by which to make the monthly

payment. Therefore, Plaintiff will be ordered either to make the required monthly payment or to show cause why he cannot make the required monthly payment. Accordingly, it is

ORDERED that Plaintiff shall have until 15 days from the date of this Order to make the required monthly payment of 20 percent of each month's income credited to his account or to show cause why he cannot make the required monthly payment.  It is

FURTHER ORDERED that if Plaintiff fails to comply with this order, the complaint and the action will be dismissed without further notice.

DATED at Denver, Colorado, this  29th  day of September,  2005.

BY THE COURT:

s/ O. Edward Schlatter

O. Edward Schlatter
United States Magistrate Judge