**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-00842-REB-OES

HONORATO VALENCIA ALVAREZ,

    Plaintiff,

v.

ANITA ABEYTA, Deputy, and
MARK MILLER, Deputy Sheriff,

    Defendants.

---

**ORDER GRANTING DEFENDANTS' MOTION
FOR TRIAL IN GRAND JUNCTION**

---

**Blackburn, J.**

    This matter is before me on the defendants' motion for trial in Grand Junction, Colorado [#19], filed September 13, 2005. The plaintiff has filed a response. I grant the motion.

    Under 28 U.S.C. § 1404(c), a "district court may order any civil action to be tried at any place within the division in which it is pending." The District of Colorado is not subdivided into divisions. I have discretion to order trial of this civil action at any place within the district of Colorado. *See* ***El Ranco, Inc. v. First Nat. Bank of Nev.***, 406 F.2d 1205, 1219 (9th Cir. 1968), cert. denied, 396 U.S. 875 (1969).

    The plaintiff's claim is based on his allegation that the two defendant sheriff's deputies used excessive force in arresting the plaintiff. The arrest took place in Mesa County, Colorado. The defendants and all potential witnesses noted by the parties

reside in Mesa County.  The defendants' counsel is located in Mesa County.  The plaintiff currently is incarcerated in a prison located in Crowley, Colorado.  No matter where the trial may be held, the plaintiff will have to be transported from Crowley to the place of trial.  The defendants argue that it would be more convenient for all involved to conduct any trial of this case in Mesa County.  I agree.

**THEREFORE, IT IS ORDERED** as followed:

1.  That the defendants' motion for trial in Grand Junction, Colorado [#19], filed September 13, 2005, is **GRANTED**;

2.  That any trial of this case **SHALL BE CONDUCTED** in the facilities maintained by this court in Grand Junction, Colorado;

3.  That when setting a trial date for this case, the parties and their counsel **SHALL NOTIFY** the court's administrative assistant that any trial of this case is to be conducted in Grand Junction, Colorado.

Dated October 6, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge