**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Robert E. Blackburn, Judge**

Civil Action No.  05-cv-000842-REB-0ES

HONORATO VALENCIA ALVAREZ,

     Plaintiff,

v.

ANITA ABEYTA, Deputy in her official and individual capacity, and
MARK MILLER, Deputy Sheriff in his official and individual capacity,

     Defendant(s).

---

**ORDER OF REFERENCE PURSUANT TO 28 U.S.C. § 636 (c)**

---

**Blackburn, J.**

     Pursuant to D.C.COLO.LCivR 72.2 on the 24th day of October, 2005, Magistrate Judge O. Edward Schlatter notified the court of the parties' unanimous consent to disposition of the above action by a United States Magistrate Judge.  Now, therefore, being sufficiently advised,

     IT IS ORDERED as follows:

1. The above action is referred for disposition to a magistrate judge purusant to 28 U.S.C. § 636 (c);

2. The above action will be randomly assigned to a magistrate judge selected by random draw, excluding Magistrate Judge Schlatter; and

3. On such reassignment, the above case number will be amended to reflect the magistrate judge to whom the case is reassigned.

Dated:  October 25, 2005

                                BY THE COURT:

                                s/ Robert E. Blackburn
                                Robert E. Blackburn
                                United States District Judge

**NOTICE OF REASSIGNMENT**

     Pursuant to the above Order, this civil action is reassigned to United States Magistrate Judge

_____

                                Gregory C. Langham, Clerk
                                By_____
                                    Deputy Clerk