IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Patricia A. Coan, Magistrate Judge

Civil Action No. 05-cv-00842-PAC-MEH

HONOROTO VALENCIA ALVAREZ,

    Plaintiff,

v.

ANITA ABEYTA, et al.,

    Defendants.

---

## ORDER OF DISMISSAL

---

    This is a *pro se* prisoner case which was filed on April 29, 2005.  See Doc. # 1.  I have jurisdiction upon the parties' consent under 28 U.S.C. §636(c).

    Plaintiff has been permitted to proceed under 28 U.S.C. §1915.  Mr. Alvarez has been ordered to make monthly payments towards the filing fee or to show cause why he has no assets and no means to make the payments.  See e.g., May 6, 2005 Order, Doc. # 2; September 29, 2005 Order Directing Plaintiff to Make Filing Fee Payment or to Show Cause, Doc. # 21.

    In the eleven months since May 6, 2005, when he was ordered to make monthly payments towards the filing fee, plaintiff made only one payment in the amount of $21.62, see Doc. # 27, and he has not provided any inmate account statements.

    On February 13, 2006, plaintiff was ordered either to make his required monthly payments for November and December 2005, and January 2006 or to show cause why he had no assets and no means by which to make the monthly payments.  See Doc. # 46.

Plaintiff was warned that a failure to comply with that order may result in a dismissal of the complaint and the action. See *id.* at 2. Notwithstanding, plaintiff has failed either to make any payment or to show cause why has no assets and no means by which to make the monthly payment. Therefore, plaintiff has failed to comply with the Court's February 13, 2006 Order. Accordingly, it is

ORDERED that the complaint and this action are **dismissed with prejudice**.

DATED April 13, 2006.

BY THE COURT:

s/Patricia A. Coan
Patricia A. Coan
United States Magistrate Judge